# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D21-1831

———————————————

LISA THI NGUYEN,

Appellant,

v.

MANT EQUITIES, LLC, a Florida
Limited Liability Company,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 8, 2022

PER CURIAM.

AFFIRMED.

LEWIS, TANENBAUM, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Lester Makofka and Alexander U. Makofka of Makofka Legal Group, PLLC, Jacksonville, for Appellant.

Chad A. Dean of Regan Atwood, P.A., Jacksonville, for Appellee.